UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office for D.C.<br>601 D Street, NW<br>Washington, DC 20530,<br><br>   Plaintiff,<br> v.<br><br>8,911 "TYPE 56-1" ASSAULT RIFLES;<br><br>35 "AKS-74U" ASSAULT RIFLES;<br><br>298 "AKS20U" CARBINE RIFLES;<br><br>19 "TYPE 80" GENERAL PURPOSE MACHINE GUNS;<br><br>265 "PKM"-PATTERN GENERAL PURPOSE MACHINE GUNS;<br><br>100 "TYPE 85" SNIPER RIFLES;<br><br>52 "AM-50" ANTI-MATERIEL RIFLES;<br><br>194 (APPROXIMATE) "RPG-7"-TYPE ROCKET LAUNCHERS;<br><br>50 ANTI-TANK GUIDED MISSILES ("AT-4 FAGOT" AND "AT-5 KONKURS" VARIANTS);<br><br>23 "DELAVIEH" ANTI-TANK GUIDED MISSILES;<br><br>  - and -<br><br>798,400 ROUNDS OF 7.62x54MMR AMMUNITION<br><br>   Defendants. | Civ. A. No. 23-cv-1951 |

**WARRANT FOR ARREST *IN REM***

TO: THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 6th day of July, 2023, alleging that the above defendant properties are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(G)(i);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant properties, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**8,911 "TYPE 56-1" ASSAULT RIFLES;**

**35 "AKS-74U" ASSAULT RIFLES;**

**298 "AKS20U" CARBINE RIFLES;**

**19 "TYPE 80" GENERAL PURPOSE MACHINE GUNS;**

**265 "PKM"-PATTERN GENERAL PURPOSE MACHINE GUNS;**

**100 "TYPE 85" SNIPER RIFLES;**

**52 "AM-50" ANTI-MATERIEL RIFLES;**

**194 (APPROXIMATE) "RPG-7"-TYPE ROCKET LAUNCHERS;**

**50 ANTI-TANK GUIDED MISSILES ("AT-4 FAGOT" AND "AT-5 KONKURS" VARIANTS);**

**23 "DELAVIEH" ANTI-TANK GUIDED MISSILES;**

**798,400 ROUNDS OF 7.62x54MMR AMMUNITION**

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: July __18__, 2023

ANGELA D CEASAR
Clerk of the Court

By:   /s/ Charles Briggs
Deputy Clerk