UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**8,911 TYPE 56-1 ASSAULT RIFLES,** *et al.***,**

Defendants *in rem*.

Civil Action No. 23-2596 (JEB)

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's [9] Motion for Default Judgment is GRANTED;

2. Default Judgment is ENTERED against all persons or entities claiming an interest in the Defendant Properties;

3. Defendant Properties are forfeited to the United States of America and no right, title, or interest in the property shall exist in any other party;

4. Title to the Defendant Properties is vested solely in the United States;

5. Defendant Properties shall be disposed according to law; and

6. No additional action is required.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: December 1, 2023

1